UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | | |
|---|---|---|
| ITSERVE ALLIANCE, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-02350-RMC |
| | ) | |
| UNITED STATES CITIZENSHIP | ) | |
| AND IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF DONALD W. NEUFELD

I, Donald W. Neufeld, hereby make the following declaration with respect to the above

captioned matter.

1.  I am the Associate Director for Service Center Operations (SCOPS) for U.S. Citizenship

    and Immigration Services (USCIS), a component within the U.S. Department of

    Homeland Security (DHS).  I have held this position since January 2010.  In this position,

    I oversee all policy, planning, management and execution functions of SCOPS.  My

    current job duties include overseeing a workforce of more than 4,700 government and

    1,900 contract employees at the five USCIS Service Centers located in California,

    Nebraska, Texas, Vermont, and Virginia. I make this declaration on the basis of my

    personal knowledge and information made available to me in the course of my official

    duties.  The statements made in this declaration are based on USCIS's current

    understanding of information available at this time.

2.  Processing H-1B petitions quickly must be balanced with the need to ensure eligibility

    for the immigration benefit has been established, to identify potential fraud and abuse,

and to ensure the integrity of the immigration benefits system. H-1B processing times exceed 30 days because processing is affected by several factors such as: the volume of H-1B petitions; the volume of premium processing requests; the number of officers trained and available to adjudicate H-1B petitions; the volume of H-1B petitions adjudicated where USCIS issues a request for additional evidence (RFE) to establish eligibility for the benefit; and ensuring officers take the time needed to review the entire petition and look for possible fraud indicators.

### Processing, the Volume of USCIS Fillings, and Adjudicating Petitions Involving Third-Party Worksites

3.  The number of H-1B petitions received and approved by USCIS has steadily climbed in recent fiscal years. In fiscal year 2014 USCIS received 325,971 H-1B petitions and approved 259,812 H-1B petitions; in fiscal year 2015 USCIS received 368,852 H-1B petitions and approved 307,129 H-1B petitions; in fiscal year 2016 USCIS received 399,349 H-1B petitions and approved 348,162 H-1B petitions; in fiscal year 2017, USCIS received 404,087 H-1B petitions and approved 298,445 H-1B petitions[1]; and in fiscal year 2018 USCIS received 418,799 H-1B petitions and approved 332,358 H-1B petitions.[2]

4.  Some H-1B petitions are subject to the annual H-1B numerical allocations. An H-1B petition may be filed up to 6 months before the petition start date. For H-1B cap-subject petitions, the petitioner may request a start date of October 1, the first day of the

---

[1] The number of H-1B petitions received and approved is available on the internet at https://www.uscis.gov/sites/default/files/USCIS/Data/Employment-based/H-1B/h-1b-2007-2017-trend-tables.pdf, page 1.

[2] The number of H-1B petitions received and approved is data compiled by the USCIS Office of Performance and Quality, and is not yet publicly available.

applicable fiscal year that more H-1B visas become available.  As such, the earliest such cases may be filed is April 1 for an October 1 start date.  Because of excess H-1B demand, USCIS typically receives more petitions than needed to reach the H-1B numerical allocations within the first five days that such petitions may be filed.  In such years, USCIS randomly selects the number of petitions projected as needed to reach the H-1B numerical allocations from among all the H-1B cap petitions received during the first five days that such petitions may be filed.  For FY20, the random selection process occurred on April 10, 2019, and USCIS selected approximately 111,000 H-1B petitions to reach the numerical allocation.  After selecting petitions, the selected petitions are manually data entered for further processing.  The data entry of these petitions took more than 30 days, and USCIS announced on May 17, 2019, that data entry was complete.  Given the annual surge of filings that we experience because of the H-1B numerical allocations, and the time and resources needed simply to receive, select, and data enter approximately 110,000 petitions received at the same time, it is not practically feasible, given other responsibilities and limitations (USCIS has approximately 20,000 employees and processes approximately 8,000,000 applications and petitions annually) to process H-1B petitions within 30 days and still maintain the integrity of the adjudicative review process.

5. The overall volume of H-1B petitions received has been a contributing factor to the processing time to adjudicate the H-1B petitions.  Other factors that contribute to processing times include, but are not limited to, the quality of the petitions and supporting evidence, the volume of requests for evidence that may need to be drafted and issued, and the volume of denials that may need to be drafted and issued.

6.  Subsequent to the September 11, 2001 terrorist attacks, USCIS expanded the background check process, including background checks related to H-1B petitions. Additional background checks and other steps related to identifying national security risks and potential fraud, implemented subsequent to the 2001 terrorist attacks, have also added to the time needed to process H-1B petitions.

7.  Receipt and intake of an H-1B petition involves receiving the petitions at a USCIS service center and review of the petition to ensure that it is properly filed. For example, that the petition is filed at the appropriate service center, that it has been properly signed and the correct fees are included. Once it is determined that the petition is properly filed, the petition is manually data entered into USCIS systems, assigned a petition receipt number and a receipt notice is issued to the petitioner. The file is then queued for assignment to adjudications. Petitions are generally assigned roughly in the order that the petitions are received, with the exception of premium processing requests and upgrades. Once assigned to an adjudications officer, various internal systems are checked, the petition is carefully reviewed to determine if initial required evidence was submitted, such as a certified LCA, and the petition and supporting evidence is reviewed to determine whether the petitioner has established eligibility. The officer also carefully reviews all submitted evidence and the petition for any indications of fraud. If the petitioner established eligibility for the terms and conditions of employment as requested in the petition, the petition is approved and notice is sent to the petitioner. If such eligibility has not been established, the petition may be denied or a request for additional evidence (RFE) or notice of intent to deny may be issued to provide the petitioner an opportunity to supplement the record. Upon receipt of additional evidence, the officer

will again review the record in full and make a determination. Thus the amount of time taken to process a petition depends in part on the quality of the petition and evidence submitted.

8. Petitions involving third party worksites create adjudication challenges in that they are generally more difficult to assess when making the eligibility determination because, depending on the particular facts of the case, multiple parties may be involved in the assignment of the beneficiary and additional documentary evidence may be needed to corroborate the petitioner's assertions and determine that it is more likely than not that the beneficiary will be employed by the petitioner in a specialty occupation while performing services at the third-party worksite. Therefore, the adjudication of third-party worksite petitions are more complicated, and generally require more time to adjudicate than other H-1B petitions, as additional evidence may need to be reviewed to determine that the beneficiary will actually be employed in a specialty occupation.

## Premium Processing

9. USCIS offers a Premium Processing Service, which provides expedited processing for certain employment-based petitions and applications. Specifically, USCIS guarantees 15 calendar day processing to those petitioners or applicants who choose to use this service or USCIS will refund the Premium Processing Service fee. If the fee is refunded, the relating case will continue to receive expedited processing. H-1B petitions are generally eligible for Premium Processing Service.

10. The 15 calendar day period will begin when USCIS properly receives the current version of Form I-907, Request for Premium Processing Service, at the correct filing address noted on the form. USCIS will issue an approval notice, a denial notice, a notice of intent

to deny, a request for evidence, or open an investigation for fraud or misrepresentation within the 15 calendar day period. If the petition or application requires the submission of additional evidence or a response to a notice of intent to deny, a new 15 calendar day period will begin upon receipt by USCIS of a complete response to the request for evidence or notice of intent to deny.

11. During certain periods, USCIS has suspended the premium processing service. The decision to suspend Premium Processing is based on weighing the volume of cases, the volume of premium processing requests, and USCIS workforce limitations.

12. There are times when USCIS Service Centers have received so many premium processing petitions that it impeded the ability to timely process H-1B petitions that were filed in the normal course of business.

13. Premium processing requests have increased over time and the service centers are receiving premium processing requests at a greater volume than they have in the past. In order to manage the premium processing workload, service centers assign the appropriate resources to the premium workload and the result is that there are fewer officers available to adjudicate non-premium petitions and that leads to increases in the processing time for non-premium cases. As such, the increased levels of premium processing requests have indirectly increased the processing time for H-1B non premium petitions.

## Size of the USCIS Workforce

14. Backlogs are a problem at USCIS, and the agency is taking a number of steps to address the issue. USCIS has hired additional staff and trained additional officers to work on certain H-1B petitions in an effort to reduce the pending backlog and processing times.

15. Previously, USCIS only processed H-1B petitions at the Vermont and California Service Centers. In 2016, SCOPS trained officers at the Nebraska Service Center (NSC) to adjudicate certain H-1B extension petitions. These H-1B petitions have been processed at NSC since July 1, 2016.

16. In 2018 and 2019 respectively, SCOPS trained more officers at NSC and at the Texas Service Center (TSC) and has very recently completed that training and expanded processing of H-1B petitions at both centers. Officers at NSC and TSC now process various non-cap H-1B petitions including amended petitions, change of employer petitions, etc. (with notable exceptions such as Guam cases, H-1B3, etc.).

17. Extending processing of H-1B petitions to TSC, and increasing the processing of H-1B petitions at NSC, has required extensive training of officers prior to implementing these changes. Prior to the training, the NSC officers only adjudicated petitions from the same employer without change. NSC therefore provided additional training to officers, including officers who never worked H-1B petitions as well as officers who previously adjudicated only certain types of H-1B petitions. SCOPS also trained officers at the Texas Service Center in April 2019 to adjudicate certain non-cap H-1B cases (the same as those outlined above for NSC). The training of additional officers, and expansion of H-1B processing at NSC and TSC, increases the USCIS H-1B adjudicating footprint and allows USCIS to adjudicate more cases in the future while maintaining the integrity of our adjudicative review process.

18. The issue of processing backlogs is not unique to H-1B petitions. USCIS, however, continues to take steps to address the issue, including in the H-1B context.

**Requests for Evidence**

19. In fiscal year 2019 the number of RFEs issued by USCIS increased.[3] The increase in

RFEs corresponds to the number of petitions where all required initial evidence was not

submitted with the benefit request or does not demonstrate eligibility under 8 C.F.R. §

103.2.  USCIS in its discretion may deny the benefit request for lack of initial evidence or

for ineligibility or request that the missing initial evidence be submitted within a

specified period of time as determined by USCIS. A request for evidence is

communicated by regular or electronic mail and is a case-specific notice drafted by the

adjudicating officer that specifies the type of evidence required, and whether initial

evidence or additional evidence is required, to give the applicant or petitioner adequate

notice and sufficient information to respond. A request for evidence will indicate the

deadline for response, but will not exceed twelve weeks.

20. When USCIS determines that an RFE is warranted, the RFE is drafted and mailed to the

petitioner in order to afford them an opportunity to provide additional evidence in support

of their application.  The maximum response time for an RFE may not exceed 12 weeks

(84 days). However, when an RFE is served by mail, USCIS also includes additional

mailing time for the RFE to reach the applicant/petitioner and for the response to reach

USCIS. The standard mailing time established by regulation is three days. 8 CFR

103.8(b).  A petitioner can respond to the RFE at any time within the provided RFE

timeframe.  Once an RFE response is received by the service center, the center places the

petition in a queue to be reviewed and adjudicated.  USCIS reviews the submitted RFE

responses to provide a final adjudication on the petition as soon as possible however the

_____

[3] Data on RFE issuance is available on the internet at
https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20
Data/BAHA/H-1B-RFE-Completions-Data-FY2015-FY2019Q1.pdf

processing of RFE responses is dependent upon the workforce available, premium

processing requests pending, and other workload considerations.

## Processing Times

21. I believe, based on my experience as the Associate Director for the USCIS Service

Center Operations Directorate since 2010, that there are numerous factors that affect

processing times, and reducing processing times is a constant challenge and goal for

USCIS operational components.  Processing times for H-1B petitions have increased for

many reasons, including staffing allocations (e.g. balancing the expanding H-1B caseload

with other classification and form types), availability of officers who have been trained to

work H-1B petitions, volume of premium processing requests received, ensuring that the

quality of review is balanced with other performance metrics, analyzing the petitions for

fraud indicators, and complying with new policy memoranda and regulations.


I make this declaration on the basis of my personal knowledge and information made available to

me in the course of my official duties.

Executed this 23rd day of May of 2019.


Donald W. Neufeld