UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ITSERVE ALLIANCE, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-2350 (RMC) |
| L. FRANCIS CISSNA, Director, United States Citizenship and Immigration Services, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

For the reasons set forth in the Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, Dkt. 14, is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment, Dkt. 16, is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that Defendant's Partial Motion to Dismiss, Dkt. 7, is **DENIED** as moot; and it is

**FURTHER ORDERED** that the Clerk's Office is directed to file this Order and the corresponding Opinion in the following dockets:

- ERP Analysts, Inc. v. Cissna, 1:19-cv-00193-JDB
- ERP Analysts, Inc. v. Cissna, 1:19-cv-00287-TNM
- ERP Analysts, Inc. v. Cissna, 1:19-cv-00292-TNM
- ERP Analysts, Inc. v. Cissna, 1:19-cv-00294-EGS

- ERP Analysts, Inc. v. Cissna, 1:19-cv-00295-ESH
- ERP Analysts, Inc. v. Cissna, 1:19-cv-00296-CRC
- ERP Analysts, Inc. v. Cissna, 1:19-cv-00297-KBJ
- ERP Analysts, Inc. v. Cissna, 1:19-cv-00298-CKK
- ERP Analysts, Inc. v. Cissna, 1:19-cv-00299-TFH
- ERP Analysts, Inc. v. Cissna, 1:19-cv-00302-ABJ
- Info Labs Inc. v. USCIS, 1:19-cv-00630-TFH; and it is

**FURTHER ORDERED** that the parties in the cases belonging to other judges which were consolidated for a limited purpose shall file a joint status report regarding the effect of this Court's Opinion on their specific cases no later than two weeks after the issuance of this Order; and it is

**FURTHER ORDERED** that the following cases are remanded back to the agency for reconsideration consistent with the Court's Opinion:

- Vsion Tech. v. Cissna, 1:19-cv-00290-RMC
- ERP Analysts, Inc. v. Cissna, 1:19-cv-00300-RMC
- Vsion Tech v. Cissna, 1:19-cv-00423-RMC
- Data Systems Integration Group v. Cissna, 1:19-cv-00539-RMC
- Lorsiv Technologies, Inc. v. Cissna, 1:19-cv-00542-RMC
- Takinvaderz LLC v. Cissna, 1:19-cv-00543-RMC
- Chelsoft Solutions Co. v. Cissna, 1:19-cv-00546-RMC
- Logic Loops LLC v. Cissna, 1:19-cv-00551-RMC
- Vuegen Technologies Inc. v. Cissna, 1:19-cv-00552-RMC
- C4I Technologies Inc. v. Cissna, 1:19-cv-00553-RMC

- 4S Technologies LLC v. Cissna, 1:19-cv-00555-RMC

- EGS Automotive v. Cissna, 1:19-cv-00729-RMC

- Linkpro Technologies v. Cissna, 1:19-cv-00731-RMC

- Intuites v. USCIS, 1:19-cv-00732-RMC

- Performance Resources v. Cissna, 1:19-cv-00733-RMC

- Concept Software & Services v. Cissna, 1:19-cv-00734-RMC

- Technology Resource Group v. Cissna, 1:19-cv-00786-RMC

- Saxon Global v. Cissna, 1:19-cv-00828-RMC

- Mythri Consulting v. Cissna, 1:19-cv-00871-RMC

- S2 IT Group v. Cissna, 1:19-cv-00905-RMC; and it is

**FURTHER ORDERED** that the agency shall complete reconsideration in the remanded cases in no more than 60 days; and it is

**FURTHER ORDERED** that the remanded cases are closed.

This is a final appealable Order. *See* Fed. R. App. 4(a). This case is closed.

Date: March 10, 2020

ROSEMARY M. COLLYER
United States District Judge